■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN SEAYA, Appellant. [643 NYS2d 410]

Under the totality of the circumstances, the defendant was not denied meaningful representation by counsel (*see, People v Baldi,* 54 NY2d 137; *People v Castro,* 211 AD2d 806; *People v Hayes,* 186 AD2d 268). The defendant's sentence was neither harsh nor excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are unpreserved for appellate review or without merit. Miller, J. P., Ritter, Krausman and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROHAN SERVICE, Appellant. [643 NYS2d 411]

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Miller, Joy, Hart and Krausman, JJ., concur.